940

No. 11–1134. HYNES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–1141. CHUNG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6022. SHELBY v. ENLERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6741. YBARRA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–7469. COWLING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7682. EVANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7784. BLACKSHEAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7827. GUL ET AL. v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–7834. VILLACANA-OCHOA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7849. POWELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7857. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7900. GUNNINGS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7921. PAUL v. SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION ET AL.; and PAUL v. BUCKLES ET AL. Ct. App. S. C. Certiorari denied.

No. 11–8065. TRAVAGLIA v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–8112. BARANI v. HAVANA INC. ET AL. Sup. Ct. Pa. Certiorari denied.